Orders.

COMMONWEALTH *vs.* LEE DUBOIS. Reported below: 44 Mass. App. Ct. 294 (1998).

COMMONWEALTH *vs.* DARRELL J. HEON. Reported below: 44 Mass. App. Ct. 254 (1998).

COMMONWEALTH *vs.* RANDALL RODERICKS. Reported below: 44 Mass. App. Ct. 1111 (1998).

COMMONWEALTH *vs.* RAYMOND SOUZA (and thirteen companion cases). Reported below: 44 Mass. App. Ct. 238 (1998).

LARRY A. DAVIS, petitioner. Reported below: 44 Mass. App. Ct. 1108 (1998).

ALBINO PORTELADA'S CASE. Reported below: 44 Mass. App. Ct. 1115 (1998).

SCHOOL COMMITTEE OF BOSTON *vs.* LABOR RELATIONS COMMISSION; BOSTON PUBLIC SCHOOL BUILDINGS CUSTODIANS ASSOCIATION, intervener. Reported below: 44 Mass. App. Ct. 1111 (1998).

GARY SHEPARD & another *vs.* MASSACHUSETTS ELECTRIC COMPANY. Reported below: 44 Mass. App. Ct. 1111 (1998).


## April 24, 1998

*Further appellate review denied:*

WAYNE J. ALBA *vs.* CHRISTINE SAMPSON. Reported below: 44 Mass. App. Ct. 311 (1998).

SANDRA AVOLA *vs.* JOHN SZYMCZYK. Reported below: 44 Mass. App. Ct. 1114 (1998).

J. GIBB BROWNLIE *vs.* KANZAKI SPECIALTY PAPERS, INC. Reported below: 44 Mass. App. Ct. 408 (1998).

JANET VERA CARR *vs.* ROBERT EARLE CARR. Reported below: 44 Mass. App. Ct. 924 (1998).

COMMONWEALTH *vs.* CHARLES BENSON. Reported below: 44 Mass. App. Ct. 1116 (1998).

COMMONWEALTH *vs.* JAMAL BRUNNER. Reported below: 44 Mass. App. Ct. 1118 (1998).

COMMONWEALTH *vs.* RICHARD CHICLANA. Reported below: 44 Mass. App. Ct. 1114 (1998).

COMMONWEALTH *vs.* HIRAM DEJESUS. Reported below: 44 Mass. App. Ct. 349 (1998).

COMMONWEALTH *vs.* DONALD DOLINGER. Reported below: 44 Mass. App. Ct. 1116 (1998).

COMMONWEALTH *vs.* HEIDI ERICKSON. Reported below: 44 Mass. App. Ct. 1116 (1998).

COMMONWEALTH *vs.* JOSE GONZALES. Reported below: 43 Mass. App. Ct. 926 (1997).

COMMONWEALTH *vs.* JOSE GONZALEZ. Reported below: 43 Mass. App. Ct. 1111 (1997).

COMMONWEALTH *vs.* KEVIN JUZBA. Reported below: 44 Mass. App. Ct. 457 (1998).

COMMONWEALTH *vs.* KEVIN KIRKPATRICK. Reported below: 44 Mass. App. Ct. 355 (1998).

COMMONWEALTH *vs.* ANGEL LOPEZ. Reported below: 44 Mass. App. Ct. 1110 (1998).

COMMONWEALTH *vs.* JOHN H. MUNROE. Reported below: 44 Mass. App. Ct. 1115 (1998).

COMMONWEALTH *vs.* MALEK NOEL. Reported below: 44 Mass. App. Ct. 1116 (1998).

COMMONWEALTH *vs.* EASTON E. O'GARRO. Reported below: 44 Mass. App. Ct. 1115 (1998).

COMMONWEALTH *vs.* DOMINIC P. PERRETTI. Reported below: 44 Mass. App. Ct. 1118 (1998).

COMMONWEALTH *vs.* OWEN PREVOST. Reported below: 44 Mass. App. Ct. 398 (1998).

COMMONWEALTH *vs.* JAMES PRIDGEN. Reported below: 44 Mass. App. Ct. 1114 (1998).

COMMONWEALTH *vs.* KENNETH C. REYNO. Reported below: 44 Mass. App. Ct. 1115 (1998).

COMMONWEALTH *vs.* EDISON REYNOSO. Reported below: 44 Mass. App. Ct. 1116 (1998).

COMMONWEALTH *vs.* ANGEL RIVERA. Reported below: 44 Mass. App. Ct. 452 (1998).

COMMONWEALTH *vs.* RAMON RIVERA. Reported below: 44 Mass. App. Ct. 1118 (1998).

COMMONWEALTH *vs.* FRITZ S. SAINTHELMY, JR. Reported below: 44 Mass. App. Ct. 1112 (1998).

COMMONWEALTH *vs.* ERNESTO SANTIAGO. Reported below: 44 Mass. App. Ct. 1116 (1998).

COMMONWEALTH *vs.* MICHAEL J. SASEN. Reported below: 44 Mass. App. Ct. 1114 (1998).

COMMONWEALTH *vs.* WESTON J. STOW (No. 1). Reported below: 44 Mass. App. Ct. 1105 (1997).

COMMONWEALTH *vs.* WESTON J. STOW (No. 2). Reported below: 44 Mass. App. Ct. 1105 (1997).

COMMONWEALTH *vs.* RONALD D. WALLACE, JR. Reported below: 44 Mass. App. Ct. 1117 (1998).

COMMONWEALTH *vs.* THOMAS F. WOODS. Reported below: 44 Mass. App. Ct. 1119 (1998).

COMMONWEALTH *vs.* MAURICE WYNN. Reported below: 44 Mass. App. Ct. 1114 (1998).

JAMES FLETCHER & others *vs.* PLANNING BOARD OF HUBBARDSTON & another. Reported below: 44 Mass. App. Ct. 1115 (1998).

GERALD D. McLELLAN & another *vs.* SUSAN KARGER. Reported below: 44 Mass. App. Ct. 1114 (1998).

RAYMOND E. SHEA *vs.* COMMISSIONER OF REVENUE. Reported below: 44 Mass. App. Ct. 1116 (1998).

GENEVIEVE TRIO & another *vs.* ORIGINAL ITALIAN PASTA PRODUCTS & another. Reported below: 44 Mass. App. Ct. 1115 (1998).


April 28, 1998

*Further appellate review granted:*

ELAINE BRUM *vs.* TOWN OF DARTMOUTH & others. Reported below: 44 Mass. App. Ct. 318 (1998).

JER SKW SERVICES, INC. *vs.* RICHARD A. GOLD & others. Reported below: 44 Mass. App. Ct. 243 (1998).

JOHN J. McCARTHY, JR. *vs.* ANN G. TOBIN; ROBERT DIMINICO & another, interveners. Reported below: 44 Mass. App. Ct. 274 (1998).

*Further appellate review denied:*

COMMONWEALTH *vs.* HERIBERTO ARRIAGA. Reported below: 44 Mass. App. Ct. 382 (1998).

COMMONWEALTH *vs.* ANTHONY HOLLOWAY. Reported below: 44 Mass. App. Ct. 469 (1998).

COMMONWEALTH *vs.* BRIAN P. McKENNA. Reported below: 44 Mass. App. Ct. 1116 (1998).

COMMONWEALTH *vs.* JUAN OQUENDO. Reported below: 44 Mass. App. Ct. 1117 (1998).

COMMONWEALTH *vs.* KENNETH N. PADGETT. Reported below: 44 Mass. App. Ct. 359 (1998).

COMMONWEALTH *vs.* RONALD PODGURSKI. Reported below: 44 Mass. App. Ct. 929 (1998).

ARLINE C. LEYLAND, administratrix, *vs.* PLYMOUTH & BROCKTON STREET RAILWAY Co. Reported below: 44 Mass. App. Ct. 427 (1998).


May 22, 1998

*Further appellate review denied:*

ADOPTION OF POLLY. Reported below: 44 Mass. App. Ct. 1118 (1998).

ADOPTION OF TONY. Reported below: 44 Mass. App. Ct. 1122 (1998).